FILE COPY



## CAUSE NO. 12-14-00155-CV

## IN THE COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT

## TYLER, TEXAS

| | | |
|---|---|---|
| BRENDA BREWER, DEANNA MEADOR, PENNY ADAMS, SABRA CURRY AND DEBORAH BEANE, APPELLANTS | } | APPEALED FROM 3RD |
| V. | } | DISTRICT COURT IN AND FOR |
| LOWE'S HOME CENTERS INC., APPELLEE | } | ANDERSON COUNTY, TEXAS |

### *ORDER FOR RELEASE OF CONTEMNOR*

On December 22, 2014, following a hearing at which Reporter Ms. Helen C. Wooten was present with her counsel, this Court found that Ms. Helen C. Wooten was in contempt of this Court for violating its order entered on November 4, 2014. As part of the penalty assessed, Ms. Helen C. Wooten was arrested and confined in the Smith County Jail, subject to the terms and conditions set forth in this Court's Judgment of Contempt dated December 22, 2014. Ms. Helen C. Wooten's confinement was ordered to continue until the complete record in this appeal was presented in legible format for filing in this Court and Ms. Helen C. Wooten received notification from the Court that the record had been accepted and filed. Those two conditions have now been satisfied. Accordingly,

IT IS THEREFORE ORDERED that the Sheriff of Smith County, Texas, immediately release Reporter Ms. Helen C. Wooten from confinement in the Smith County Jail.

FILE COPY

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this the 29th day of December 2014, A.D.

CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk